United States Courts
Southern District of Texas
FILED
*July 29, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Criminal No. **4:22-cr-375** |
| § | |
| DESIREE COLEMAN,   § | |
| § | |
| Defendant.   § | |

## INFORMATION

THE UNITED STATES CHARGES:

### GENERAL ALLEGATIONS

At all times material to this Information, unless otherwise specified:

### The Stafford Act

1. The Robert T. Stafford Disaster Relief and Emergency Assistance Act ("Stafford Act") was established in August of 2020.

2. The Federal Emergency Management Agency ("FEMA") is an agency within the Department of Homeland Security.

3. The Stafford Act authorized FEMA to provide assistance to affected residents of the Alexandria, Louisiana area through FEMA's Individuals and Households Program.

4. Assistance includes rental assistance, home repair assistance, and personal property assistance.

5. The United States Department of Treasury provides disaster assistance payments by either sending checks through the United States mail to the applicant or by electronic funds transfer

("EFT") to a bank account specified by the applicant. All such payments originate from Kansas City, Missouri.

6. Part of that disaster assistance includes critical needs assistance, which covers funding for lifesaving and life-sustaining items such as water, food, first aid, fuel for transportation, and other necessities.

7. The disaster assistance also includes personal property assistance, which covers the repair or replacement of certain damaged or destroyed property, including appliances, clothing, furniture and mobility items such as wheelchairs.

## The CARES Act

8. On March 13, 2020, COVID-19 was declared a nationwide emergency, leading to the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

9. The CARES Act created two SBA-backed programs to assist affected businesses.

10. Economic Injury Disaster Loan (EIDL) are available to small businesses, qualified agricultural businesses, and non-profit organizations. The funds are supposed to cover financial obligations and operating expenses.

11. The Department of Labor funds state Pandemic Unemployment Assistance (PUA) programs through the CARES Act. PUA expands unemployment insurance (UI) benefits during COVID-19 to those who do not qualify for regular UI benefits under state law. The funds are available to business owners, self-employed workers, and independent contractors.

12. To qualify the person must have worked in the state in which PUA is sought, be unemployed, partially unemployed, unable to work, or unavailable to work due to a COVID-19-related reason, such as contracting COVID-19 or caring for an ill child or household member.

**The Defendant**

13. Defendant **DESIREE COLEMAN** ("**COLEMAN**") was a resident of Houston, Texas.

**COUNT ONE**
**(18 U.S.C. § 371 - Conspiracy)**

14. Paragraphs 1 through 13 of this Information are re-alleged and incorporated by reference as though fully set forth herein.

15. Beginning in or around March 2020, and continuing until in or around December 2020, in the Houston Division of the Southern District of Texas, and elsewhere, the defendant,

**DESIREE COLEMAN,**

knowingly and willfully, that is, with the intent to further the objects of the conspiracy, conspired and agreed with other individuals, known and unknown to the United States, to commit certain offenses against the United States, namely: to knowingly and intentionally devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and to transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

**PURPOSE OF THE CONSPIRACY**

16. It was the purpose of the conspiracy for **COLEMAN** and her co-conspirators to unlawfully enrich themselves by, among other things, submitting and causing the submission of false and fraudulent applications to FEMA for financial assistance.

## MANNER AND MEANS OF THE CONSPIRACY

17. The manner and means by which **COLEMAN** and her` co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

18. In furtherance of the scheme, **COLEMAN** gave instructions to co-conspirators on how to fraudulently apply for FEMA assistance.

19. As part of the scheme, **COLEMAN** assisted others in applying for FEMA rental assistance. The FEMA applications contained false and fraudulent representations as to the applicants' need for assistance. The false and fraudulent FEMA applications were submitted via the use of interstate wires, which originated from the Southern District of Texas.

20. As part of the scheme, **COLEMAN** electronically applied for FEMA rental assistance for others and herself. The FEMA applications contained false and fraudulent representations as to the applicants' need for rental assistance, personal property assistance, and critical needs assistance. The false and fraudulent FEMA applications were submitted via the use of interstate wires.

21. In furtherance of the scheme, **COLEMAN** received payment from co-conspirators for assisting them in filing fraudulent FEMA applications for rental assistance, critical needs assistance, and personal property assistance.

22. In furtherance of the scheme, **COLEMAN** aided and abetted others in filing false unemployment claims.

23. In furtherance of the scheme, **COLEMAN** assisted others in applying for EIDL assistance using false information.

24. In furtherance of the scheme, **COLEMAN** assisted others in using counterfeit checks to obtain money.

25. In total, **COLEMAN** assisted in the filing of false applications for assistance, which constituted an attempted loss of at least $177,500.00.

**OVERT ACTS**

26. In furtherance of the conspiracy, and to accomplish its objects and purpose, at least one of the co-conspirators committed and caused to be committed, in the Houston Division of the Southern District of Texas and elsewhere, at least one of the following overt acts, among others:

27. On or about July 6, 2020, **COLEMAN** electronically filed an SBA application for S.C. which contained material misrepresentations and fraudulent statements.

28. On or about July 6, 2020, **COLEMAN** sent text messages to S.C. asking for banking account information to fill in the fraudulent SBA application for S.C.

29. On or about August 20, 2020, **COLEMAN** electronically filed a DOL application for J.L. which contained material misrepresentations and fraudulent statements.

30. On or about August 19, 2020, **COLEMAN** sent text messages to J.L. requesting various personal information, including social security number, date of birth, address, and phone number to fill in the fraudulent DOL application J.L.

31. On or about September 19, 2020, **COLEMAN** electronically filed a FEMA application for N.W. which contained material misrepresentations and fraudulent statements.

32. On or about September 19, 2020, **COLEMAN** sent text messages to N.W. asking for banking account information to fill in the fraudulent FEMA application for N.W.

33. On or about September 25, 2020, **COLEMAN** electronically filed a FEMA application for D.L. which contained material misrepresentations and fraudulent statements.

34. On or about September 25, 2020, **COLEMAN** sent text messages to D.L. requesting

various personal information, including banking account number, and social security number, to fill in the fraudulent FEMA application for D.L.

35. On or about October 22, 2020, **COLEMAN** text messages to K.M. asking for K.M.'s banking account information to cause the deposit of counterfeit checks into K.M.'s bank account.

36. On or about October 23, 2020, **COLEMAN** caused the deposit of nine counterfeit checks into the bank account of K.M.

37. On or about October 27, 2020, **COLEMAN** electronically filed an SBA application for A.J. which contained material misrepresentations and fraudulent statements.

38. On or about October 27, 2020, **COLEMAN** sent text messages to A.J. requesting various personal information, including banking account information, social security number, and address, to fill in the fraudulent SBA application for A.J.

All in violation of Title 18, United States Code, Section 371.

## NOTICE OF CRIMINAL FORFEITURE
**(18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))**

39. Pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the United States gives notice that upon the defendant's conviction of Count One of this Information, the United States will seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to the conspiracy.

40. The United States also gives notice that it will seek a money judgment against the defendant.

41. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment.

Jennifer Lowery
United States Attorney
Southern District of Texas

By: *Rodolfo Ramirez*
Rodolfo Ramirez
Assistant United States Attorney
Southern District of Texas
(713) 567-9500